# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SHERRY SMITH,

    Plaintiff,

v.                                          Case No.: 8:18-cv-652-T-36CPT

DAVID J. SHULKIN, MD, Secretary
Department of Veterans Affairs,

    Defendant.
_____

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to the mutual agreement of the parties and mediator, mediation in the above referenced case is scheduled as follows:

Date:        Wednesday, March 20, 2019

Time:       9:30 a.m. (Half Day)

Location:    Office of Peter J. Grilli Mediation
               3001 West Azeele Street
               Tampa, FL 33609

                                                    Respectfully submitted,

                                                      ***/s/ Joseph D. Magri***
                                                      Joseph D. Magri
                                                      Florida Bar No. 0814490
                                                      Merkle & Magri, P.A.
                                                      5601 Mariner Street, Suite 400
                                                      Tampa, FL 33096
                                                      Tel: (813) 281-9000
                                                      Fax: (813) 281-2223
                                                      Email: jmagri@merklemagri.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to the following CM/ECF participants:

Michael R. Kenneth
Assistant United States Attorney
400 North Tampa, Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6087
Facsimile: (813) 274-6198
Email:Michael.Kenneth@usdoj.gov

**/s/ Joseph D. Magri**
Joseph D. Magri