**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHERRY SMITH,**

    **Plaintiff,**

**v.**                               **Case No.:8:18-cv-00652-CEH-CPT**

**SECRETARY, DEPARTMENT OF**
**VETERANS AFFAIRS,**

    **Defendant.**
_____/

## NOTICE OF APPEARANCE

    COMES NOW Peter J. Grilli, Esq., and notices his appearance as Mediator in this matter.

    Done July 11, 2018 in Tampa, Florida.

                                             Respectfully submitted,

                                             /s/ Peter J. Grilli
                                           Peter J. Grilli, Esq.
                                           Florida Bar No. 237851
                                           Mediator
                                           3001 West Azeele Street
                                           Tampa, Florida 33609
                                           813.874.1002   Fax: 813.874.1131
                                           email: peter@grillimediation.com

    I HEREBY CERTIFY that July 11, 2018 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                             /s/ Peter J. Grilli
                                           Peter J. Grilli, Esq.